[Nos. 4500–5–III; 5096–3–III.  Division Three.  December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE
BUMGARDNER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. NELS
A. HANSEN, *Appellant.*

Appeals from judgments of the Superior Court for
Yakima County, No. 80–1–00464–1, Cameron K. Hopkins,
J. Pro Tem., entered April 3, 1981, and the Superior Court
for Okanogan County, No. 6869, B. E. Kohls, J., entered
April 28, 1981. *Remanded* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Green, J.


[No. 9563–3–I.  Division One.  December 30, 1982.]

*In the Matter of the Marriage of* BEVERLY LERMOND
CLARK, *Appellant, and* DONALD EDSON
CLARK, SR., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–3–00199–0, Robert E. Dixon, J., entered
October 29, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Callow and Ringold, JJ.


[No. 9846–2–I.  Division One.  December 30, 1982.]

JOE SANFORD, *Respondent,* v. ABC CHARTERS, INC., ET AL,
*Defendants,* DANIEL WILDER, *Individually and
as Executor, Respondent,* DEE B.
CARROLL, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 41214, Harry A. Follman, J., entered January
5, 1981. *Affirmed* by unpublished opinion per Durham,
A.C.J., concurred in by Callow and Ringold, JJ.